**Wheamei Jenq CHEN, Respondent,**

v.

**Richard CHEN, Petitioner,**

**Theresa Chen, Intervener.**

No. 29 MAL 2004.

Supreme Court of Pennsylvania.

June 24, 2004.

AND NOW, this 24th day of June 2004, we **GRANT** the Petition for Allowance of Appeal **LIMITED** to the following issue:

Did the trial court and the Superior Court err in determining that the intervener is a third party beneficiary of the prop-

erty settlement agreement entered into between her parents?